IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

PATRICIA S. YEOMAN                                          PLAINTIFF

v.                    Civil No. 05-5151

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                              DEFENDANT

### O R D E R

Plaintiff has submitted a complaint for filing in this district, together with a request for

leave to proceed *in forma pauperis*. After review, it is found that plaintiff is unable to pay for the

costs of commencement of suit and, accordingly, the following order is entered this 26th day of

August 2005:

IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed *in forma pauperis*

is granted and the clerk is hereby directed to file the complaint *nunc pro tunc* as of August 25,

2005. Additionally, the court hereby directs that a copy of the complaint filed herein, along with

a copy of this order, be served by the plaintiff by certified mail, return receipt requested, on the

defendant, Jo Anne B. Barnhart, Commissioner, Social Security Administration, as well as Alberto

R. Gonzales, U.S. Attorney General, and Mark W. Webb, Assistant U.S. Attorney, without

prepayment of fees and costs or security therefor. The defendant is ordered to answer within sixty

(60) days from the date of service.

IT IS SO ORDERED.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 2 9 2005

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK

*Beverly Stites Jones*
_____
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)